IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 15-10698-AA

TERRY LOCKLEAR,
individually and on behalf of all others similarly situated,

                Plaintiff - Appellant,

versus

DOW JONES & COMPANY, INC.,
a Delaware Corporation, d.b.a. Wall Street Journal Live,

                Defendant - Appellee.

Appeals from the United States District Court
for the Northern District of Georgia

Before: MARCUS, MARTIN and JORDAN, Circuit Judges.

BY THE COURT:

Dow Jones' motion for summary affirmance based on our decision in *Ellis v. Cartoon Network, Inc.*, 803 F.3d 1251 (11th Cir. 2015), is denied. Locklear's motion for remand is also denied. The stay is lifted, and the parties are ordered to proceed to full merits briefing. Dow Jones may address the "subscriber" issue in its brief, and Locklear may address the matter of remand in her brief.